# Third District Court of Appeal

## State of Florida

Opinion filed July 23, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1397
Lower Tribunal No. 20-16316-CA-01
_____

**Sheila Wilson, et al.,**
Appellants,

vs.

**Florida Insurance Guaranty Association,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Joseph Perkins, Judge.

Korin Law, P.A., and David J. Mannering and Jonathan Korin (Hollywood), for appellants.

Conroy Simberg, and Amy M. Klotz and Hinda Klein (Hollywood), for appellee.

Before SCALES, C.J., and LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Petty v. Fla. Ins. Guar. Ass'n</u>, 80 So. 3d 313 (Fla. 2012).